**Order entered December 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01407-CV

**CMH SET AND FINISH, INC., Appellant**

**V.**

**CHRISTOPHER L. TAYLOR, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-12-0684**

## ORDER

By letter dated December 2, 2014, Court Reporter Cindy Bardwell requested a thirty day extension of time to file the reporter's record. We **GRANT** her request. The reporter's record shall be filed within thirty days of the date of this order.

/s/     CRAIG STODDART
JUSTICE